UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ESTATE OF LARRY SIMPSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 3:04-0006 |
| v. ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Magistrate Judge Griffin has filed an exhaustive and excellent analysis of this difficult case. Understandably, no objection has been filed.

The Court approves and adopts the Report and Recommendation. Mr. Phillip Davidson is ordered to pay to plaintiff-lien-holder Amanda McClendon the sum of $18,780.00 in full satisfaction of the claims of Ms. McClendon and the case is DISMISSED.

It is so ORDERED.

_____
Senior Judge Thomas A. Wiseman, Jr.
United States District Court
Middle District of Tennessee